

petition for extraordinary relief in the nature of a writ of prohibition, said petition is denied.

No. 12–0090/AF. U.S. v. Joseph A. Hayes. CCA 37588. In view of the existence of a vacant position on the Court, notice is hereby given that the Chief Judge has called upon Senior Judge Andrew S. Effron to perform judicial duties in the above-referenced cases, and that Senior Judge Effron has consented to perform judicial duties in said cases under Article 142(e)(1)(A)(ii), Uniform Code of Military Justice, 10 U.S.C. § 942(e)(1)(A)(ii) (2006).

No. 12–0164/AR. U.S. v. Jason S. Chamberlain. CCA 20100775. Appellant's motion to extend time to file a brief granted, *but only up to and including February 27, 2012, and absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 11–0640/AR. U.S. v. Robert L. McCullough. CCA 20090206. Appellant's motion for leave to file out of time and to extend time to file the supplement to the petition for grant of review granted, *but only up to and including February 16, 2012, and absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 12–0182/AR. U.S. v. Nathaniel D. Bozman. CCA 20110077. Appellant's motion to extend time to file a brief granted, *up to and including February 24, 2012, and absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 12–0300/AR. U.S. v. Payson C. Averill. CCA 20090491. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 23, 2012.